DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SLOSSBERG FAMILY CHIROPRACTIC CENTER, INC.
a/a/o LAUREL SMIKLE,**
Appellant,

v.

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-271

[September 15, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald R. Corlew, Judge; L.T. Case No. 50-2015-SC-008881-XXXX-SB and 50-2018-AP-000114-CAXX-MB.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, for appellant.

Daniel E. Nordby of Shutts & Bowen LLP, Tallahassee, and Alyssa L. Cory of Shutts & Bowen LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***